## DESIGNATION OF DISTRICT JUDGE
## FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT

_____

WHEREAS, in my judgment the public interest so requires: Now, therefore pursuant to the authority vested in me by Title 28, United States Code, Section 292(b), I do hereby designate and assign the Honorable Thomas D. Schroeder, United States Chief District Judge for the Middle District of North Carolina, to hold a district court in the Western District of North Carolina in the cases of *US v. Dekattu*, No. 3:22-cr-00073, *Dekattu v. McFadden*, No. 3:22-cv-00350, and *Dekattu v. Burnette, et al.*, No. 3:22-cv-00265 for such time as needed in advance to prepare and thereafter as required to complete unfinished business in the matters.

_____
Chief Judge
Fourth Circuit

Dated: September 16, 2022